United States District Court
District of Connecticut

Russell Peeler,
    Plaintiff

v.

Jeffrey McGill, ET AL.

Civil No 3:11 CV327 (RNC)(DFM)

June 12, 2012

<u>Plaintifff's Motion and Memorandum To Demonstrate To The Court That He Has Exhausted Provisions of The Prison Litigation Reform Act, 42 U.S.C § 1997e(a), By Tendering His Level I and Level II Grievances of The Day of May 14, 2008 The Subject of This Litigation, In order To Debunk The Delusive Hypothesis Set Forth In The Defendant's Answer and Special Defenses. The Third Affirmative Defense That The Plaintiff Has Not Complied With The Exhaustion Provisions of The Prison Litigation Reform Act, 42 U.S.C. § 1997e(a)</u>

<u>Argument</u>

    The plaintiff had received the Defendants Answers and Special Defenses dated June 5, 2012, today and subsequent to a serious overview, I found it troubling that the defendants would conjure up such an incredible sophistry in the third Affirmative Defense, that the plaintiff did not

comply with the exhaustion provisions of the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), this type of porous invention is surely disputed by the plaintiff's level I and level II Inmate Grievance of the attack on May 14, 2008 which by the way, was clearly at the defense's disposal, if the defense would have bestirred themselves.

The fact of the matter is, due to the defense's brazenness to effectively mislead the court with a patently obvious lie concerning the Plaintiff's lack of complying with the provisions of the Prison Litigation Reform Act, 42 U.S.C. 1997e(a), the plaintiff was compelled to submit this motion and to affix the level I and level II Grievances of the plaintiff's attack on May 14, 2008, so that the Court will not foreclose on my opportunity to heard adequately apropos the May 14, 2008 in which the plaintiff was attacked while laying in his bed behind a secure cell door and the defendants opened the door to my cell allowing another inmate to seriously attack the plaintiff who was unaccompanied by any of the defendants named in this complaint a clear indifference to the unit procedures and policies by in which ultimately, led to my injuries in which I plan to hold the defendants accountable.

The plaintiff is imploring the court to accept my level I and level II grievances as incontrovertible proof that I have exhausted the provisions of the Prison Litigation Reform Act 42 U.S.C. 1997e(a).

                                        Respectfully Submitted,
                                        _Russell Peeler 254490_
                                        Russell Peeler 254490
                                        Northern CI
                                        P.O. Box 665
                                        Somers, CT 06071

## Certification

I certify that the following motion was sent via postal mail U.S. to the following on the 12th of June 2012 to the defendants

State of Connecticut
Attorney General Assistant
Ann E. Lynch
110 Sherman Street
Hartford, CT 06105-2294

                                        _Russell Peeler 254490_
                                        Russell Peeler 254490
                                        Northern CI
                                        P.O. Box 665
                                        Somers, CT 06071

# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 1/1/08

*This form replaces Inmate Grievance Form - Level 1, which is obsolete.*

| | |
|---|---|
| Facility/Unit: Northern CI 1E-118 | Date: 6-11-08 |
| Inmate name: Russell Peeler | Inmate number: 254496 |

### SECTION 1 — SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions (for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).

- A. ☑ I am filing a Grievance. > Complete Section 3 >>>
- B. ☐ I am requesting a Health Services Review:
  - ☐ Diagnosis/Treatment
  - ☐ All Other Health Care Issues > Complete Section 2 below
- C. ☐ I am filing an Appeal of a: (select one below.)
  - ☐ Disciplinary Action > Complete Section 4 >>>
  - ☐ Special Management Decision
  - ☐ Classification Decision
  - ☐ Publication Review Committee Decision
  - ☐ Furlough Decision > Complete Section 2 below
  - ☐ Security Risk Group Designation
  - ☐ ADA Decision

### SECTION 2 — STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT.

Due to the fact I have a 30 day deadline that is about to expire and my FOI request of the total incident reports have been delayed. I can't give names of all staff that was working during the attack on May 14, 2008. Deputy Warden Rodriguez said things aren't ready. On May 14 2008 I was in my bed in 1East area cell 124 and I was attacked by Daniel Webb he was let in my cell by the C/O that was working the bubble. I recieved a very serious head wound that rendered me unconcious. I woke up in the NCI hospital with five staples on the right side of my head and my left side of my face had been fractured my left + right eyes were swollen and bloodshot.

~~[crossed out text]~~

D. Block we are each in seperate and are in the cell by ourselfs. If C.O.'s were out escorting Daniel Webb and if the C.O. in the bubble wouldn't allowed Daniel Webb in my cell or if the black C.O.'s were attentive they could have assisted me with my protection

Deputy Warden Rodriguez told me today again while on 1East that the material I requested aren't ready for the incident that happen on 5-14-08

Inmate signature: Russell Peeler    Date: 6-11-08

*For all remedies except health services, deposit this form in the Administrative Remedies box.*
*For a health services issue, deposit this form in the Health Services box.*

| CONFIDENTIAL | Inmate name: | | |
|---|---|---|---|
| (FOR OFFICIAL USE) | Inmate number: | | Housing: |

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

### SECTION 3 — GRIEVANCE SECTION - This Section Applies ONLY to a Grievance

Read and comply with the instructions below, then go to Section 2 (State the Problem) on the front. >>>

<u>Informal Resolution</u>: Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 2 the reason why the form is not attached.

<u>Other requirements for using the Inmate Grievance Procedure:</u>

1. Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.
2. The grievance and action requested should be stated simply and coherently.
3. The length of the grievance is restricted to this form and one additional 8 ½" x 11" page.
4. The grievance must be free of obscene or vulgar language or content.
5. Your grievance must apply to your own situation; you may not file a grievance on another inmate's behalf.
6. The grievance must be filed within 30 days of the occurrence or discovery of the cause of the grievance.
7. You may not file a repetitive grievance when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial grievance is still in process.

### SECTION 4 — DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY

You may file a Disciplinary Appeal <u>only</u> if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 2 (State the Problem) on the front. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

Did you have an advocate? ☐ yes ☐ no    If yes, name of advocate:

Did you identify witness(es) to the investigator? ☐ yes ☐ no    Did your witness(es) testify? ☐ yes ☐ no

Name(s) of any witness(es):

### SECTION 5 — DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 6-12-08 | IGP #: 141-08-490 | T#: |
|---|---|---|
| Disposition: Compromised | | Date of Disposition: 7-11-08 |

Reason:  Your grievance regarding staff conduct is compromised. This incident is currently under investigation.

☐ You have exhausted DOC's Administrative Remedies.    ☒ This matter may be appealed to: DA Chalnski

Signature: [signed]    Date: 7-11-08

# Inmate Grievance Appeal Form – Levels 2/3
## Connecticut Department of Correction

CN
REV 1

| Inmate name: | Russell Peeler | Inmate number: | 254490 |
| Facility/Unit: | Northern CI | Housing unit: 1E 124 | Date: 7-14-08 |
| IGP number: | 141-08-490 | T number: | |

Use this form to appeal a Level 1 decision. CN 9506, Inmate Administrative Remedy Form and any attachments must accompany [this] form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 resp[onse]. deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: I am appealing this because if the C.O's were following policy and procedure on May 14, 2008 I wouldn't have been attacked and my safety + security is at risk still

Inmate signature: Russell Peeler     Date: 7-14-08

### FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW

Date received: 07/24/08     Disposition: Denied     Date of disposition: 07/24/08

Reasons: You are appealing a level 1-grievance concerning an FOI request. Please be advised that FOI is a non-grievable matter. However, my office has been advised that you have received notice from D/W Rose that the documents requested are now available. With regards to the 05/14/08 incident, you are vague in the action requested. You may submit a new grievance outlining the problem and requested resolution. Your Level 2 appeal is denied.

Level 2 reviewer: Wayne T. Choinski

☐ This grievance may be appealed within 5 days to Level 3.
☒ You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

Inmate signature:     Date:

Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

Date received:     Disposition:     Date of disposition:

Reasons:

Level 3 reviewer: